UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| **OKEY GARRY OKPALA** | **CIVIL ACTION NO. 6:16-1069** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **WARDEN PINE PRAIRIE CORRECTIONAL CENTER, ET AL.** | **MAG. JUDGE PATRICK J. HANNA** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record,

**IT IS ORDERED, ADJUDGED, AND DECREED** that this federal Petition for Writ of *Habeas Corpus* relief filed pursuant to 28 U.S.C. § 2241 is **DENIED AND DISMISSED WITH PREJUDICE**.

MONROE, LOUISIANA, this 7th day of October, 2016.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE